In the Matter of the Claim of Eva B. Sleight et al., Respondents, against Harris Structural Steel Co., Inc., Appellant. State Industrial Board, Respondent.—

All concur.

In the Matter of the Claim of Paul Fischer, Respondent, against Udell Stationery & Printing Company et al., Appellants. State Industrial Board, Respondent.—

Crapser, Bliss and Schenck, JJ., concur; Hill, P. J., and Heffernan, J., dissent and vote to affirm.

In the Matter of the Claim of Alice Sherman, Respondent, against General Electric Company, Appellant. State Industrial Board, Respondent.—

Hill, P. J., Crapser, Heffernan and Schenck, JJ., concur; Bliss, J., taking no part.

In the Matter of the Claim of John Dioguardi, Appellant, against City of New York (Department of Parks), Respondent. State Industrial Board, Respondent.—

All concur.

In the Matter of the Claim of Joseph Van Wess, Appellant, against Nurnberg Thermometer Company et al., Respondents. State Industrial Board, Respondent.—